AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

PERRY HUNTER,

Defendant.

**LODGED**
CLERK, U.S. DISTRICT COURT

**SEP 16 2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

2:24-mj-05616-DUTY

**FILED**
CLERK, U.S. DISTRICT COURT

Sep. 16, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ts _____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 2, 2023, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Mark Sauve*
*Complainant's signature*

_____
Mark Sauve, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____ September 16, 2024 _____

_____
*Judge's signature*

City and state:  Los Angeles, California

_____
Hon. Stephanie Christensen, U.S. Magistrate Judge
*Printed name and title*

AUSA: _____ Sara Vargas (x8611) _____

## <u>AFFIDAVIT</u>

I, Mark Sauve, being duly sworn, declare and state as follows:

## I. <u>PURPOSE OF AFFIDAVIT</u>

1.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, PERRY HUNTER ("HUNTER"), for a violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography.

## II. <u>BACKGROUND OF SPECIAL AGENT MARK SAUVE</u>

2.    I am a Special Agent ("SA") employed by the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI").  I have been employed as an SA since October 2023.  In 2024, I completed the Criminal Investigation Training Program and HSI SA Training at the Federal Law Enforcement Training Center in Glynco, Georgia.

3.    As a SA with HSI, my primary responsibilities are investigating violations of federal law involving fraud, identity theft, importation and exportation crimes, human smuggling and trafficking, cybercrimes, and the distribution and possession with intent to distribute drugs, in violation of Title 21 of United States Code.  I have executed and participated in numerous search warrants to seize evidence of violations of federal and state law, as well as arrest warrants to apprehend individuals who have committed such violations.  I am familiar with HSI's criminal investigative techniques for performing criminal investigations, including drug trafficking investigations.

1

4.    Prior to my tenure as an SA, I served 20 years in the United States Marine Corps and Army. I served 5 years as an electronics technician in the U.S. Marine Corps and completed two deployments in support of Operation Iraqi Freedom. I served 15 years in the U.S. Army, 5 of those years as an All-Source Intelligence Analyst supporting Special Operations in Europe and Africa. I served 10 years as a Special Forces Medical Sergeant. During this time, I completed two deployments in support of Operation Enduring Freedom-Afghanistan, two deployments in support of Operation Enduring Freedom-Horn of Africa and a deployment in support of Operation Inherent Resolve-Syria. I have been awarded three Bronze Stars for service and two Meritorious Service Medals. During my tenure in Special Operations, I conducted over 100 counter-terrorism missions with a focus on intelligence support and serving high-risk warrants to capture known or suspected terrorists. I earned a bachelor's degree from the George Washington University in Clinical Health Science.

5.    My investigative experience detailed herein, as well as my training, experience, and conversations with other law-enforcement officers who are participating in this investigation, serve as the basis for the conclusions set forth herein.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest

warrant and does not purport to set forth all of my knowledge of
or investigation into this matter.  Unless specifically
indicated otherwise, all conversations and statements described
in this affidavit are related in substance and in part only, and
all dates are approximate.

### III.  <u>SUMMARY OF PROBABLE CAUSE</u>

6.    Beginning in at least approximately 2020, HUNTER used
WhatsApp to communicate with multiple people in the Philippines
about engaging in illicit sexual conduct with their daughters.
HUNTER also appeared to solicit and pay for the production of
child pornography, also referred to as child sex abuse material
("CSAM").  Then, in the summer and fall of 2023, HUNTER made
concrete plans to travel to the Philippines to meet with one of
the people he had been communicating with.  In making these
meeting plans, HUNTER discussed the illicit sexual acts he
intended to perform with the person's minor children, knowing
they were minor children.  HUNTER then traveled to the
Philippines in September 2023, met with the person and her minor
children, and flew back to the United States through the Central
District of California.

7.    While traveling into the United States and while in
the Central District of California, HUNTER knowingly transported
and possessed CSAM on his cell phone.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

**A.    Background of Investigation**

8.    Beginning in 2020, federal agents were investigating a
child exploitation-related case involving a person who accepted

money in exchange for producing on-demand child exploitation media. During the course of that years-long investigation, agents came to believe that HUNTER may have been a paying customer of the Philippines-based sex trafficker under investigation. Specifically, law enforcement obtained a warrant to search some of the sex trafficker's communications and found that the trafficker and HUNTER shared over 1,500 lines of chat and participated in numerous unrecorded Skype calls between June 2021 and March 2022. The communications related to the sexual exploitation of children between 7 and 13 years old. HUNTER wrote, in part, "I want to fuck a 11 or 12 year old," and he offered 1,000 Philippine pesos in exchange for a video satisfying the following request: "I want to see you and your daughter suck your son. I want to see you teach her what to do." HUNTER then confirmed he sent the money to the trafficker, and the trafficker later sent HUNTER five media files, only one of which was recovered pursuant to the warrant, and that file was found to contain CSAM. In response to the videos, HUNTER wrote, "so she liked to swallow it huh."

9. In investigating further, federal agents learned that HUNTER had scheduled roundtrip airplane tickets to Manila, Philippines in the fall of 2023, and requested that agents perform a secondary search of HUNTER.

a. In my training and experience, I know that the Philippines is a frequent destination for individuals wishing to engage in child sex tourism. Based on my training and experience, and from my discussion with other HSI agents,

including SA Michael DeNaro, I know that child sex tourism is the practice of traveling to other countries with the intention of engaging in sexual activity with children, often in exchange for money or its equivalent paid to the children's guardian or caregiver.

10.  Based on my review of Eva Airlines records, I know that HUNTER flew to Manila on September 17, 2023, and returned to the United States on October 2, 2023.  Specifically, on October 2, 2023, HUNTER flew from Manila to LAX and passed through Customs and Border Protection ("CBP") examination, where officers performed a secondary border-search examination.  An officer manually searched HUNTER's phone and found what appeared to be CSAM.

11.  HUNTER then met with HSI agents.  HUNTER signed a form consenting to law enforcement's search of his cell phone and various applications on that phone.  HUNTER was also apprised of his Miranda rights and agreed in writing to waive them.

12.  In a recorded interview with HSI agents that day, HUNTER admitted, in substance and in part, that he had a sexual interest in young children, that he had gone to the Philippines to meet "some girls," that he paid a Filipina mother to take sexual photographs of her young daughter, and that, over the last five years, he has sent tens of thousands of dollars to women in the Philippines in exchange for photographs of the women and their children.

**B.   Hunter's Digital Device Revealed He is Engaged in Child Exploitation Offenses**

    1.   <u>HUNTER Possessed and Transported Child Pornography</u>

13.  On October 6, 2023, the Honorable A. Joel Richlin issued a warrant to search the phone that HUNTER possessed while passing through customs.  (Case No. 2:23-MJ-5164).  The forensic examination revealed the following contraband on HUNTER's phone:

    a.   Approximately 30 unique images and approximately 8 unique videos, including one video which is approximately 5 minutes and 3 seconds in length, of suspected CSAM and approximately 66 duplicate images and approximately 6 duplicate videos of suspected CSAM.

    i.   For example, one of the videos depicts a prepubescent female who appears to be approximately 3 to 5 years old, laying down with her legs open and her vagina exposed.  The video depicts what appears to be an adult male having anal intercourse with the child.  The video was found in a Telegram chat thread with an individual named as "Jhenny Lacsamana" on HUNTER's phone.[1]  The video was received on September 28, 2023, and has a file name of 5_6102508617359357194.MP4.

    ii.   Another video depicts a prepubescent female who appears to be approximately 6 to 8 years old with her vagina and anus exposed. The video shows a child lying on her side while repeatedly spreading her labia open with her fingers.  The

---

[1]Unless otherwise noted, I do not believe that any of the videos discussed herein correspond to a known, reported CSAM series registered with the National Center for Missing and Exploited Children ("NCMEC").

video was found in the photos application on HUNTER's phone in a folder labeled "WhatsApp Videos". The video has a file name of VID – 20230821 – W A0018.

iii. Another video depicts a prepubescent female who appears to be approximately 5 to 7 years old, stripping and exposing her vaginal, anal, and breast areas in various lewd and lascivious positions. The video goes on to depict the then fully nude child laying on her back while an adult's hand rubs her vagina and spreads her labia. The video was found in a Telegram chat thread with an individual named "Rychl" which was received on September 17, 2023, on HUNTER's phone with a file name of 5_6071094735714388212. What appears to be the same video was also located in HUNTER's phone in a Telegram chat thread with an individual named "Je&Na" which was received on July 23, 2023, with a file name of 5_6192705871412202015 on HUNTER's phone.

iv. A photograph depicting a prepubescent female who appears to be approximately 4 to 6 years old, with her vagina and anus exposed. The child is on her knees bent over on what appears to be a bed with her pants and underwear around her legs. This photograph was matched with a known CSAM series by NCMEC and was found in a Telegram chat thread with an individual named "Jehnny Lacsamana," and was received on September 28,

2023, with a file name of -6102508517815597217_120 on HUNTER's
phone.[2]

  b. In HUNTER's post-<u>Miranda</u> interview with HSI,
HUNTER admitted to possessing CSAM, including what he called a
"child rape" video.

  2. <u>HUNTER Appeared to Produce Child Pornography on
    August 21, 2023</u>

 14. HUNTER also possessed WhatsApp communications with a
person who called herself "Mary Rochelle Lasconia," used the
username "639073736609@s.whatsapp.net," and is believed to be
located in the Philippines.[3]  The two chatted in at least August
2023.[4]

 15. In summary, HUNTER asked "Mary" for videos of a child
named "Princess," including requests for certain sex acts.
"Mary" requested money, HUNTER sent her money, and "Mary" sent
HUNTER what appeared to be CSAM.

---

 [2] Based on my training and experience, I know that when a
media file matches a known child pornography series in NCMEC's
databases, I know it means that the child or children depicted
in the child pornography have been confirmed to be real and
underage at the time the media was created.

 [3] I believe "Mary" is located in the Philippines because at
one point in her WhatsApp conversations with HUNTER, "Mary" told
HUNTER she was located in "Cebu," which I know to be a province
in the Philippines.  Additionally, the number used by "Mary"
begins with 63, which is the international dialing code assigned
to the Philippines.

 [4] In a chat from August 21, 2023, "Mary" told HUNTER, "You
already see her [Princess] naked . . that's why I'm curious why
you don't remember," and "The very first time we chat . ."
Based on their conversation regarding whether HUNTER remembered
"Mary" and "Princess," I believe that the communications in
August 2023 were not the first time HUNTER communicated with
"Mary" regarding "Princess."

16.   The following are excerpted portions of their chat conversation starting on August 21, 2023, and not intended to be a full, verbatim account of everything they wrote.  Prior to HUNTER's first statement below, "Mary" sent HUNTER multiple images of what appeared to be CSAM.

> HUNTER:   It was a surprise [emoji] nice pretty girl pretty little body
>
> MARY:   Later will take lots video for you.
>
> MARY:   We will do it once the sister of my mother leave.
>
> HUNTER:   So you are offering princess for sex show?
>
> HUNTER:   Oh really (emoji)
>
> HUNTER:   So when I wake I will have surprise
>
> . . .
>
> HUNTER:   You told me when I went to sleep that you would have the video to me when I wake up
>
> HUNTER:   You said much videos and pictures but you didn't have but a one second video
>
> . . .
>
> MARY:   Wait well do the video now
>
> . . .
>
> HUNTER:   Does Princess put things inside herself
>
> . . .
>
> HUNTER:   When I am there we cannot play because too many people come
>
> MARY:   Of course we can't do it . There's many hotel there.  We go outside find a private hotel.
>
> MARY:   Spending [sic] the video

9

```
MARY:     Wait I'll take ANOTHER video

MARY:     Sending I mean
```

17.  "Mary" then sent to HUNTER a video depicting a prepubescent female who appears to be approximately 6 to 8 years old.  The child's vagina and anus are exposed.  The video shows a child on her hands and knees bent over on a bed looking back at the camera.  The video zooms in on her vaginal area.

18.  In response to the video described above, HUNTER then wrote, "She is too small for fuck.  I would hurt her."

19.  "Mary" then sent to HUNTER a video depicting what appears to be the same prepubescent female who appears to be approximately 6 to 8 years old with her vagina and anus exposed. The video shows a child lying on her side while repeatedly spreading her labia open with her fingers.

20.  "Mary" and HUNTER then had the following written exchange:

```
MARY:     Of course we'll do it slowly

MARY:     This is my gcash number 09073736609 Mary
          Roschelle Lasconia[5]

MARY:     After you send well take more videos and
          photos for you

MARY:     We can find ways . In ways that you will be
          happy . . I'm also here to support

HUNTER:   Have her put a pencil in her pussy
```

_____

[5] Based on my training and experience and my knowledge of this investigation, I am aware that GCash is a mobile wallet app that allows users to make payments, and send/receive money. GCash is commonly used in the Philippines.

MARY:       Send gcash now I'm waiting that's for
                 princess needs in school . .

MARY:       Yes on the next video we'll do Ur request

MARY:       What else Ur request?

HUNTER:   Is she really wanting to be sexual or is she
                 just doing what mommy tells her to do

MARY:       So that we can take it all together

MARY:       Just put pencil in pussy only Ur request?

MARY:       No she knows what she doing.  She understand
                 everything . . u know it . . she told you
                 before . . why you can't remember us?

HUNTER:   Or something bigger than a pencil.  I want
                 to see something going in and out of her
                 pussy.  This will prepare her for my cock

3.    <u>HUNTER Expressed Interest in Engaging in Sexually
Explicit Conduct with Minor Girls in the
Philippines</u>

21.  HUNTER also had WhatsApp communications with a person who called herself "Joyce."  Their chats dated back to at least July 2023.  In their conversations, HUNTER and "Joyce" discussed HUNTER's sexual interest in children, "Joyce's" access to her female children for sex, HUNTER's preferred sex acts, and his plans to travel to Manila to engage in sex acts with the children.

a.  For example, on September 8, 2023, HUNTER told "Joyce" that he would perform oral sex on her children and have them perform oral sex on him.

b.  On September 10, 2023, HUNTER and "Joyce" had a video call.  During the video call, HUNTER wrote, "tell the girls to take off their shirts."  A short time after

disconnecting the call, HUNTER wrote, "It was cute to chat with you and the girls," adding "I wanted to see what she was doing with her hands but because she was only wearing panties you kept moving the camera up to only her head."

    c.   HUNTER also chatted with "Joyce" about his plans to visit her and her daughters in the Philippines.  He wrote, "you said I can see them in person when I am there."  He then wrote, "if you let me lick the girls pussy it would also make me very happy."  He asked, "Would you like to watch me to lick Yana's pussy?"[6]  He went on, "I think having you and the girls traveling the day of my flight then we all spend the night in Manila in a hotel would be good for us."  He discussed having a bubble bath with Joyce and her children, and wrote that the experience would not be shocking because one of "Joyce's" children had already seen HUNTER's penis.  They also discussed plans for that child to sexually stimulate HUNTER's penis.

    d.   In a conversation from September 16, 2023, HUNTER video chatted with "Joyce."  HUNTER discussed in the chat thread that one of "Joyce's" minor daughters wanted HUNTER to see the vagina belonging to another of "Joyce's" minor daughters.  Further on in the thread, HUNTER then talked about how it was "fun to see" the child's "pussy."

    e.   In the same thread, HUNTER appeared to discuss the order in which the girls would, in his words, be "going naked with me."  HUNTER then said to "Joyce" that he just wants

---

[6] In a chat from September 15, 2023, HUNTER acknowledged "Yana" is a child, saying "Yana worked in the restaurant and she is a child".

to see the girls "pussies" and have a little "play". "Joyce" responded, "Kid pussy like baby," to which HUNTER responded, "Yes but fun to lick."

> f.    HUNTER further discussed with "Joyce" that he used to receive and give oral sex with his ex-girlfriend's 10-year-old daughter. In the same thread on September 8, 2023, "Joyce" wrote, "Did u try lick pussy younger." HUNTER responded, "Once a girlfriend offered me to lick her daughter pussy. She was 10 years old." "Joyce" asked, "ohh Yummy How long u lick." HUNTER replied, "That is why I love [your two daughters]. 2 years for about 2 times a week." In another part of the WhatsApp thread, "Joyce" asked HUNTER, "Did u experience kids suck ur cocks." HUNTER responded, "Ex girlfriend daughter," adding, "She was 10-12."

> g.    HUNTER and "Joyce" discussed adopting "Joyce's" children, and HUNTER instructed "Joyce" to research the adoption rules in the Philippines.

> 4.    <u>HUNTER Traveled to the Philippines to Engage in Illicit Sexual Conduct</u>

22.    From my review of HUNTER's WhatsApp chats and photographs with "Joyce," I know that HUNTER told "Joyce" that he was traveling to the Philippines in part to meet with her and her family. He shared his itinerary with her, and they made arrangements for "Joyce" and her family to pick up HUNTER from the airport. "Joyce" sent HUNTER photographs of her children at what appears to be the Manila international arrivals hall, and

HUNTER responded with photographs of himself seemingly en route to them.

23.   HUNTER's chats with "Joyce" also show that "Joyce" sent HUNTER photographs of the person I recognize to be HUNTER with what appear to be minor children.  In those photographs, HUNTER poses with the clothed minor children in various public places.  "Joyce" indicates the children refer to HUNTER as "daddy."

     a.   I recognize HUNTER because I have seen other photographs of him, including photographs of his Utah identification card and Arizona driver license and his passport photograph.  I have also spoken with HSI SA Michael DeNaro, who has interviewed HUNTER in person and confirms that the photographs referenced above appear to depict HUNTER.

24.   Apart from the lengthy conversations HUNTER had with "Joyce" about HUNTER's visit, and the photographs appearing to show HUNTER and "Joyce's" children, I believe HUNTER in fact met up with and stayed with "Joyce" because the two had a discussion about personal belongings he mistakenly left at her residence, including his underwear.

25.   HUNTER indicated to "Joyce" that he was also meeting with former business contacts while in the Philippines.  Nonetheless, I believe his intent to engage in illicit sexual conduct was a dominant, significant, and motivating purpose for his travel to the Philippines because he discussed on multiple occasions his intention to engage in sexual conduct with numerous minors in the Philippines.

26.  From my review of travel records provided by the airline Eva Air, I am aware that HUNTER traveled on September 17, 2023, from Salt Lake City, Utah, to Manila, Philippines, via San Francisco, California, and Taipei, Taiwan.  Then, on October 2, 2023, he flew from Manila, Philippines, to Los Angeles, California, via Taipei, Taiwan.

27.  Based on my review of HUNTER's digital device and cross-referenced with his travel plans, I believe that prior to his travel, HUNTER made concrete plans to meet with "Joyce" for the purpose of engaging in illicit sexual conduct with children. These conversations — which took place approximately two months before, and continued up until, HUNTER's departure to Manila, Philippines — support my belief that HUNTER traveled for the purpose of engaging in sexual conduct with minors located in the Philippines, and that "Joyce" helped to facilitate this conduct.

### C.   **HUNTER Possessed Suspected CSAM Again in December 2023 and Was Arrested**

28.  On December 20, 2023, law enforcement executed on HUNTER a federal search warrant issued out of the District of Utah, where HUNTER resided.  HUNTER was informed of his <u>Miranda</u> rights and agreed to waive them.  In a lengthy, recorded interview, HUNTER admitted, in substance and in part, that he had a sexual interest in children, and that he would pay people in exchange for videos, pictures and live streams of sex shows depicting children.

29.  HUNTER was found in possession of multiple digital devices.  Subsequent forensic analysis of those devices showed that HUNTER possessed additional suspected CSAM.

30.  HUNTER was arrested for and charged with numerous crimes under Utah state law, including aggravated sexual exploitation of a minor and sexual exploitation of a minor. HUNTER is currently in pre-trial custody on that case.

**D.  Investigation Shows HUNTER Has Access to Children in the United States and Has Exploited Them**

31.  In addition to reviewing the contents of HUNTER's phone, agents also conducted a social media investigation into HUNTER, which revealed his long-term sexual interest in and access to children in the United States.

a.  For example, in June 2014, he used Facebook to post a photograph from a "Princess Festival" event that took place in Utah.  HUNTER said in his post-<u>Miranda</u> interview with HSI that he was involved in organizing the "Princess Festival," an event in which families could bring young girls to experience a day of being a princess.  In a photograph advertising one of the Princess Festival events, a girl was pictured in a princess costume and HUNTER was dressed as a king.  HUNTER said during his post-<u>Miranda</u> interview, in part, "they had me a king chair and I was on the chair, little girls would want to come up here and I wouldn't let them sit on my lap because I didn't want any idea of that."

32.  In December of 2023, I learned that in May 2014, a minor accused HUNTER of sexually assaulting her, and the minor

filed a police report.  According to the police report, the minor child victim ("MCV1") and her mother moved in with HUNTER in January 2013.  In February 2013, HUNTER began grabbing MCV1 "by the ass" and was "spanking it."  MCV1 went on to say that between February 2013 and April 2013, HUNTER would "grab and spank" her "ass" when she was home alone with him.  MCV1 also reported that in May of 2013, HUNTER grabbed her breasts and her crotch through her clothing, and that HUNTER said, "her ass was nicer than his daughters and he would fuck her before he would fuck [MCV1's] mom".

## V. <u>TRAINING AND EXPERIENCE ON INDIVIDUALS WITH A SEXUAL INTEREST IN CHILDREN</u>

10.  Based on the information above, there is probable cause to believe that HUNTER knowingly possessed CSAM on his personal cell phone.  Based on my training and experience, and the training and experience of other law enforcement officers with whom I have had discussions, I have learned that individuals who view and possess multiple images of child pornography are often individuals who have a sexual interest in children and in images of children, and that there are certain characteristics common to such individuals:

a.    Individuals who have a sexual interest in children or images of children may receive sexual gratification, stimulation, and satisfaction from contact with children or from fantasies they may have from viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in

photographs, or in other visual media, or from literature describing such activity.

b.    Individuals who have a sexual interest in children or images of children may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides, and/or drawings or other visual media.  Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification.  Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c.    Individuals who have a sexual interest in children or images of children sometimes possess and maintain "hard copies" of child pornographic material – that is, pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc. When they do, they generally possess these materials in the privacy and security of their home or some other secure location.  When individuals who have a sexual interest in children or images of children collect pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, CSAM, and/or videotapes, they often retain these materials for many years.

d.    Likewise, individuals who have a sexual interest in children or images of children often maintain their

collections that are in a digital or electronic format in a safe, secure, and private environment, such on a cell phone. These collections are often maintained for several years and are kept close by to enable the individual to view the collection, which is valued highly.

e.    Individuals who have a sexual interest in children or images of children may correspond with and/or meet others to share information and materials; often retain correspondence from other child pornography distributors/ collectors; conceal such correspondence as they do with their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact with and who share the same interests in child pornography.

f.    Individuals who have a sexual interest in children or images of children prefer not to be without their child pornography for any prolonged time period.  This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

//

//

//

## VI. <u>CONCLUSION</u>

33.   Based on the foregoing, there is probable cause to believe that HUNTER committed a violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this <u>16th</u> day of September, 2024.

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

20